246

## STATE v. MANKATO SAVINGS AND BUILDING ASSOCIATION.[1]

August 4, 1944.

No. 33,664.

*G. A. Youngquist, Fowler, Youngquist, Furber, Taney & Johnson,* and *Frederick W. Thomas,* for appellant.

*J. A. A. Burnquist,* Attorney General, *P. F. Sherman,* Assistant Attorney General, and *David W. Lewis,* Special Assistant Attorney General, for the State.

MAGNEY, JUSTICE.

The principal question raised in this case was considered and determined in State v. Minnesota Federal S. & L. Assn. 218 Minn. 229, 15 N. W. (2d) 568.

Order affirmed.

[1]Reported in 15 N. W. (2d) 576.